UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 14-CV-24011-PCH

DIAMOND STAFFING SERVICES INC. d/b/a
CORPORATE RESOURCE SERVICES,

    Plaintiff,

v

DEL MONTE FRESH PRODUCE N.A., INC.,

    Defendant.
_____/

**NOTICE OF FILING BETTER EXHIBIT "A", AND EXHIBITS "B" THROUGH "G", TO FIRST AMENDED COMPLAINT**

Plaintiff, DIAMOND STAFFING SERVICES, INC. d/b/a CORPORATE RESOURCE SERVICES, through its undersigned counsel, hereby submits this Notice of Filing Better Exhibit A, and Exhibits B through G, to the First Amended Complaint filed November 17, 2014 [D.E. 9].

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via e-mail this 2nd day of December, 2014, to: Carlos M. Sires, Esq., Boies, Schiller & Flexner LLP, Attorneys for Plaintiff, 401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, Florida 33301, at the following e-mail address: csires@bsfllp.com.

    BECKER & POLIAKOFF, P.A.
    Attorneys for Plaintiff
    1 East Broward Blvd., Suite 1800
    Ft. Lauderdale, FL 33312
    (954) 965-5049 (telephone)
    (954) 985-4176 (facsimile)

By:        s/ Allen Levine     
    Allen M. Levine
    Florida Bar No. 315419

Frederick D. Elias
Marilynn K. Smyth
**ELLIAS & ELIAS, P.C.**
33493 Fourteen Mile Rd., Ste. 80
Farmington Hills, MI 48331
Telephone: 248-865-8400
Facsimile: 248-865-8790
fdelias@e3pc.net
mksmyth@e3pc.net

Attorneys for Plaintiff

ACTIVE: 6407618_1