**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:14-CV-24011-CMA**

DIAMOND STAFFING SERVICES INC. d/b/a
CORPORATE RESOURCE SERVICES,

        Plaintiff,

v.

DEL MONTE FRESH PRODUCTION, INC.,

        Defendant.

_____/

**JOINT PROPOSED SCHEDULING ORDER**

THIS CAUSE having come before the Court on the parties' Joint Scheduling Report, and the Court upon reviewing the Joint Scheduling Report, the file herein, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.      The case has been assigned to the Standard Track pursuant to Local Rule 16.1.A.2(B).

2.      The Court hereby adopts the detailed discovery schedule agreed to by the parties in the Joint Scheduling Report, including provisions for disclosure or discovery of electronically stored information.

3.      Deadline for Serving Initial Disclosures:  February 3, 2015.

4.      Deadline to Add Parties or Amend Pleadings:  February 14, 2015.

5.      Deadline for Completing Discovery:  October 14, 2015.

6.      Deadline for Filing Dispositive Pretrial Motions:  _____

7.      Date for Resolution of All Pretrial Motions: _____

8.      Date for Final Pretrial Conference: _____

9.      Date for Trial: _____

DONE AND ORDERED in chambers, at Miami, Florida, this ___ day of _____, 2015.

_____
HONORABLE CECELIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record

ACTIVE: 6600739_1

2