**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 14-CV-24011-CIV-ALTONAGA/O'Sullivan

DIAMOND STAFFING SERVICES INC. d/b/a
CORPORATE RESOURCE SERVICES,

       Plaintiff,

v

DEL MONTE FRESH PRODUCE N.A., INC.,

       Defendant.

_____/

## STIPULATION AND PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE

       Pursuant to Fed. R. Civ. P. 41(a), the parties hereto hereby stipulate to entry of an order dismissing this case without prejudice, with each side to bear its own costs and attorneys' fees. The proposed form of order voluntarily dismissing this action without prejudice and without costs is attached hereto.

Dated:   April 10, 2015

By: /s/ Allen M. Levine_____
Allen M. Levine (FL Bar No. 315419)
BECKER & POLIAKOFF, P.A.
Attorneys for Plaintiff
1 East Broward Blvd., Ste. 1800
Ft. Lauderdale, Florida 33301
Phone: 954-987-7550, Fax: 954-985-4176
E-mail: alevine@bplegal.com

By: /s/ Carlos M. Sires_____
Carlos M. Sires (FL Bar No. 319333)
BOIES, SCHILLER & FLEXNER LLP
Attorneys for Defendant
401 E. Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, Florida 33301
Phone: 954-356-0011, Fax: 954-356-0022
E-mail: csires@bsfllp.com

By: /s/ Marilynn K. Smyth_____
Marilynn K. Smyth (MI P45219)
ELLIAS & ELIAS, P.C.
Co-Counsel for Plaintiff
33493 Fourteen Mile Rd., Ste. 80
Farmington Hills, MI 48331
Phone: 248-865-8400, Fax: 248-865-8790
Email: mksmyth@e3pc.net