UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 14-CV-24011-CIV-ALTONAGA/O'Sullivan

DIAMOND STAFFING SERVICES INC. d/b/a
CORPORATE RESOURCE SERVICES,

    Plaintiff,

v

DEL MONTE FRESH PRODUCE N.A., INC.,

    Defendant.
_____/

## ORDER ON STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

THIS CAUSE came on to be heard upon the foregoing Stipulation and Proposed Order of Dismissal Without Prejudice, and the parties having agreed to the entry of this order, and the Court having reviewed the file and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that this cause is hereby dismissed without prejudice, and each party shall bear its own costs and attorneys' fees.

DONE AND ORDERED in Chambers, at Miami, Florida this ____ day of April, 2015.

                                      _____
                                      HONORABLE CECILIA M. ALTONAGA
                                      UNITED STATES DISTRICT JUDGE